UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| APRIL DIANE MCPETERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:18-CV-39-CLC-HBG |
| ) | |
| BRYANT LAMONT THOMAS, in his individual ) | |
| capacity and in his official capacity as a Probation ) | |
| and Parole Officer with the Tennessee Department ) | |
| of Correction Probation and Parole Division, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Order [Doc. 55] of referral by the District Judge.

Now before the Court is Plaintiff's Application for Default Judgment Against Defendant Bryant Lamont Thomas ("Application") [Doc. 54]. Plaintiff's Application states that the Clerk entered a default against Defendant Thomas on September 22, 2020. The Application seeks a default judgment against Defendant Thomas in an amount of no less than $10 million in compensatory damages and $15 million in punitive damages. Plaintiff further requests a hearing so that the Court may hear testimony regarding the incidents alleged in the Complaint.

Accordingly, the Court **ORDERS** Defendant Bryant Thomas to appear before this Court on **January 6, 2021, at 1:30 p.m.,** to **SHOW CAUSE** as to why a default judgment should not be entered against him. The Clerk of Court is **DIRECTED** to send Defendant a copy of this Order at

1

the address provided in CM/ECF.  Finally, Plaintiff **SHALL** be prepared to present any proof of damages she wishes to present during the January 6 hearing.

    **IT IS SO ORDERED.**

                        ENTER:

                          /s/ Bruce Guyton
                        United States Magistrate Judge