UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| APRIL DIANE McPETERS, | ) |
| Plaintiff, | ) |
| | ) 3:18-CV-39 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| BRYANT LAMONT THOMAS, in his individual capacity and in his official capacity as a Probation and Parole Officer with the Tennessee Department of Correction Probation and Parole Division, | ) Magistrate Judge H. Bruce Guyton |
| Defendant. | ) |

## JUDGMENT ORDER

United States Magistrate Judge H. Bruce Guyton has filed a report and recommendation (the "R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b). (Doc. 62.) Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, it is **ORDERED** that:

1) The R&R (Doc. 62) is **ACCEPTED AND ADOPTED**.

2) Plaintiff's motion for default judgement against Defendant Bryant Lamont Thomas (Doc. 54) and her motion for attorney fees (Doc. 60) are **GRANTED IN PART AND DENIED IN PART**.

3) Judgment is entered against Defendant Bryant Lamont Thomas for violating 42 U.S.C. § 1983 and committing assault and battery against Plaintiff.

4) Plaintiff is awarded $250,000 in compensatory damages, $250,000 in punitive damages, and $60,863.75 in attorney fees.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *John L. Medearis*
CLERK OF COURT

2

Case 3:18-cv-00039-CLC-HBG   Document 63   Filed 03/17/21   Page 2 of 2   PageID #: 517